No. 1788. EL PUEBLO, APELADO, *v.* CORA, APELANTE.— Corte de Distrito de Guayama. Acometimiento y agresión con agravantes. Resuelto en diciembre 12, 1921. No existe pliego de excepciones ni relación de hechos y no aparece de los autos error fundamental alguno. *Confirmada.*

No. 1809. EL PUEBLO, APELADO, *v.* VIERA, APELANTE.— Corte de Distrito de Arecibo. Delito contra la salud pública. Resuelto en diciembre 12, 1921. No existe pliego de excepciones ni relación de hechos y tampoco alegato, no apareciendo de los autos error fundamental alguno. *Confirmada.*

No. 1794. EL PUEBLO, APELADO, *v.* FONTANEZ, APELANTE.— Corte de Distrito de Humacao. Infracción a la ley de arbitrios. Resuelto en diciembre 12, 1921. No se ha presentado alegato, y no aparece de los autos error fundamental alguno. *Confirmada.*

No. 1825. EL PUEBLO, APELADO, *v.* COMPAÑÍA MERCANTIL ARROYANA, APELANTE.—Corte de Distrito de Guayama. Infracción a la ley de pesas y medidas. Resuelto en diciembre 12, 1921. Examinados los alegatos, no aparece error fundamental alguno de los autos. *Confirmada.*

No. 1790. EL PUEBLO, APELADO, *v.* LABOY, APELANTE. No. 1791. EL PUEBLO, APELADO, *v.* COLÓN, APELANTE. No. 1792. EL PUEBLO, APELADO, *v.* RODRÍGUEZ, APELANTE.—Corte de Distrito de Ponce. Infracción al artículo 162 del Código Penal. Inscripción ilegal de electores. Resueltos en diciembre 12 y 13, 1921. No apareciendo prueba de la inscripción por no ser bastante para acreditarla la solicitud del acusado pidiéndola, se revocan las sentencias apeladas.